In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00421-CR
_____

**RODNEY ELLIOT DUNLAP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 17-322546**
_____

**MEMORANDUM OPINION**

On September 26, 2017, the trial court sentenced Rodney Elliot Dunlap on a

conviction for possession of drug paraphernalia. Dunlap filed a notice of appeal on

October 26, 2017. The trial court signed a certification indicating that this is a plea-

bargain case and that the defendant had no right to appeal. *See* Tex. R. App. P.

25.2(a)(2). After the district clerk provided the trial court's certification to us, we

notified the parties that we would dismiss the appeal unless Dunlap established that

there were grounds on which he could continue pursuing his appeal. Dunlap did not

1

file a response to our request, which we sent to him on November 9, 2017. Because the trial court's certification shows the defendant has no right to appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). The appeal is dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 12, 2017
Opinion Delivered December 13, 2017
Do Not Publish

Before Kreger, Horton and Johnson, JJ.